1008

No. 74–6013.   Bell *v.* South Carolina.   Sup. Ct. S. C.   Certiorari denied.

No. 74–6017.   Robinson *v.* Robinson, State Farm Superintendent.   C. A. 4th Cir.   Certiorari denied.

No. 74–6023.   Hawk *v.* Michigan et al.   C. A. 6th Cir.   Certiorari denied.

No. 74–6024.   Epperson *v.* Gunn, Warden.   C. A. 9th Cir.   Certiorari denied.

No. 74–6031.   Trailor *v.* Hopper, Warden.   C. A. 5th Cir.   Certiorari denied.

No. 74–6054.   Smith *v.* North Carolina et al.   C. A. 4th Cir.   Certiorari denied.

No. 74–511.   Trainor, Acting Director, Department of Public Aid of Illinois *v.* Vargas.   C. A. 7th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.   Mr. Justice Douglas would grant certiorari.

No. 74–779.   Louisiana *v.* Saia.   Sup. Ct. La.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 74–900.   City of Parma, Ohio *v.* United States.   C. A. 6th Cir.   Certiorari and other relief denied.

No. 74–980.   Lee et al. *v.* Arrowood et al.   Sup. Ct. Minn.   Certiorari denied.   Mr. Justice Blackmun took no part in the consideration or decision of this petition.